AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>SHAUN EDWARD PRICE<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )     Case No.    2:20-mj-00169 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 7, 2020__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1)/924(a)(2). | Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:
Please see attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan Halstead, South Charleston Police Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Dec. 16, 2020__

_____
*Judge's signature*

City and state: __Charleston, West Virginia__     Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA, to-wit:

I, Jonathan Halstead, being first duly sworn, do hereby depose and state as follows:

1. I am currently employed as a police officer with the South Charleston Police Department and have been so employed since August of 2007. I am assigned to the South Charleston Police Department Street Crimes Unit.

2. I have investigated cases involving firearms-related offenses, crimes of violence, crimes involving individuals conspiring to obtain or use firearms to commit felony offenses, the illegal sale, possession and use of firearms during the commission of these criminal acts, as well as the use, distribution, and possession of illegal controlled substances. I have investigated crimes involving the illegal possession of firearms, and the trafficking of assorted controlled substances. I have utilized cooperating individuals to make controlled purchases of firearms and drugs. I have experience and training related to the identification of firearms and ammunition, and the function of firearms. I have training and experience that has made me familiar with the appearance, packaging, paraphernalia

and distribution of controlled substances such as, cocaine powder (HCl), cocaine base (crack), heroin, marijuana, LSD, opioid and other pharmaceuticals, methamphetamine and other commonly used street drugs. I am also familiar with tactics utilized by firearms traffickers, and illegal possessors of firearms to distribute, acquire, maintain and possess illegal firearms.

3. I graduated from a sixteen (16) week West Virginia State Police Academy, where the course of study dealt with basic criminal investigation techniques. In addition, I have attended multiple police training classes which include:
   - 2012 – 2015 National Interdiction Conferences
   - 2014 – 2019 West Virginia Narcotics Officer Association Conference
   - 2018 – 2019 Gatlinburg Law Enforcement Conference

Probable Cause

4. Your affiant was not present for this incident. Your affiant's declaration is based upon his knowledge, training, experience, his review of the arresting officer's police report and his conversations with other law enforcement officers. Your Affiant declares the following based upon information and belief:

On December 7, 2020, Shaun Edward Price, ("Defendant") was the driver of a vehicle that fled from South Charleston Police. Officers pursued Defendant from Cross Lanes, West Virginia, to Nitro, West Virginia, to St. Albans, West Virginia, to South Charleston, WV. Spike strips were deployed and the Defendant's vehicle was disabled in South Charleston. Defendant was ordered out of the vehicle and failed to comply with multiple commands to get on the ground. Defendant was forced to the ground and resisted officers but was eventually handcuffed. The Defendant admitted there was a firearm in the vehicle. Inside the vehicle, officers recovered a loaded 9mm Taurus PT111 handgun serial number TKU35932. The handgun was loaded with 11 rounds in the magazine and 1 round chambered. These rounds are Winchester 9mm Luger hollow points. Officers also recovered approximately 2.322 ounces of suspected crack cocaine inside the vehicle. The suspected crack cocaine was tested using a preliminary field test and tested positive for the presence of cocaine. Officers recovered approximately 8 grams of a white rock like substance which tested positive for the presence of methamphetamine using a preliminary field test. Officers also recovered approximately 15 grams of a green leafy substance which was tested using a preliminary field test.

3

The substance tested positive for the presence of marijuana.

5. Officers also recovered a loose gun magazine for a 9mm Taurus PT111 handgun in the driver's side floor board containing 12 rounds of Maxxtech 9mm Luger ammunition. Officers also recovered loose ammunition from various places inside of the vehicle. The loose ammunition in Defendant's vehicle was 10 rounds of Maxxtech 9mm Luger ammunition. Based upon my training and experience the 9mm Taurus PT111 handgun recovered from the Defendant's vehicle, the Winchester 9 mm Luger ammunition found loaded in the weapon, and the loose Maxxtech 9 mm Luger ammunition found in Defendant's vehicle were manufactured outside the State of West Virginia and had therefore been shipped and/or transported in interstate commerce.

6. The Defendant was charged with fleeing with reckless indifference, possession with intent to deliver a schedule II controlled substance, and prohibited person in possession of a concealed firearm. Defendant also had capiases out of Fayette County for charges including burglary and robbery.

7. I have reviewed the Defendant's criminal history document referred to as Triple I (criminal history retained by FBI which includes Defendant's arrests and convictions).

4

Defendant's criminal history shows that at the time he possessed the firearm and ammunition on December 7, 2020, he had been convicted of multiple felonies punishable by imprisonment for a term exceeding one year pursuant to 18 U.S.C. § 921(a)(20), including:

(a) Convicted on or about April 12, 2017 in the Circuit Court of Marion County, in the State of West Virginia, of burglary.

(b) Convicted on or about September 19, 2013 in the Circuit Court of Kanawha County, in the State of West Virginia, of burglary.

(c) Convicted on or about April 13, 2007 in the Circuit Court of Kanawha County, in the State of West Virginia, of burglary.

8. On December 16, 2020, your affiant spoke with West Virginia Parole Officer Jordan McKinley. Mr. McKinley indicated that Defendant was on parole from September 18, 2018 until November 27, 2019 for the felony conviction of daytime burglary committed in Marion County, West Virginia. His parole officer was Jordan Vlach who is assigned to Region 5 which is in Parkersburg, West Virginia. Based upon Defendant having been on parole, it is your affiant's opinion that Defendant knew he had been convicted of a

5

felony at the time he unlawfully possessed a firearm on December 7, 2020.

9. Based upon my knowledge, training, and experience, the aforementioned information set forth in this Affidavit constitutes probable cause to believe that Defendant has violated 18 U.S.C. §§922(g)(1)/924(a)(2), that is possession of a firearm by a convicted felon. Based on the information set forth in this affidavit, your affiant hereby requests that an arrest warrant for Shaun Edward Price be issued.

Further your affiant sayeth naught.

_Jonathan Halstead_
Officer Jonathan Halstead

Sworn to before me, and subscribed in my presence, this 16th day of December 2020.

_Dwane L. Tinsley_
Dwane L. Tinsley
United States Magistrate Judge